**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

IN RE:  Antonio Bertram McCants,      *    **Chapter 13**

        Debtor.                *    **Case No. 19-40913**

<u>**NOTICE**</u>

ANTONIO BERTRAM MCCANTS, DEBTOR HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**<u>Your claim may be reduced, modified or eliminated</u>.  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.  <u>If you do not have an attorney, you may wish to consult one</u>**.

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **<u>November 16, 2020</u>** pursuant to FRBP 9006(f).  If you are receiving this notice by mail, you may add 3 days to the response date stated above.  The response should be sent to:

> Clerk, U.S. Bankruptcy Court
> Middle District of Georgia
> P.O. Box 2147
> Columbus, Georgia 31902

**If a response is filed, a hearing on the objection to your claim shall be held on:**

> Date & Time:   **<u>December 8, 2020 at 2:00 P.M.</u>**
> Location:      **<u>U.S. Bankruptcy Court</u>**
>                 **<u>901 Front Avenue</u>**
>                 **<u>One Arsenal Place</u>**
>                 **<u>Columbus, Georgia 31901</u>**

If you mail your response to the court for filing, you shall send it early enough so the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the objecting party.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c).

Date:  10/15/2020

                              /s/ Valerie G. Long
                              Valerie G. Long
                              Attorney for Debtor

3006 University Avenue
Columbus, Georgia 31907
(706) 940-0597
State Bar No. 457485

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

IN RE:  Antonio Bertram McCants,        *   **Chapter 13**
        Debtor.                          *   **Case No. 19-40913**

**OBJECTION TO CLAIM NO. 14 OF GEORGIA COMMUNITY BANK A/K/A**
**THE CITIZENS STATE BANK OF TAYLOR COUNTY**

**COMES NOW**, the above named Debtor and files this his Objection to the Claim filed by Georgia Community Bank a/k/a The Citizens State Bank of Taylor County (hereinafter referred to as "Creditor") as to attorney's fees charged from June 20, 2018 through June 20, 2019 which Creditor describes as "Foreclosure Proceedings".

Debtor shows that he filed a prior Chapter 13 bankruptcy case on March 30, 2018, Case Number 18-40304, in an effort to retain his home.  The case was dismissed on September 17, 2019.  During the pendency of said prior case, Creditor shows attorney's fees were incurred for "Foreclosure Proceedings" in the amount of $15,202.85.  Debtor shows that Creditor did not file a Notice of Post-Petition Mortgage Fees, Costs and Expenses in the prior case.  Creditor's Proof of Claim shows that all attorney's fees were incurred while the case was still pending.

The filing of the prior Chapter 13 case stayed any foreclosure proceedings and, therefore, attorney's fees should not have been incurred for "Foreclosure Proceedings" after the filing of the case on March 30, 2018.

**WHEREFORE**, the Debtor prays that this Court enter an Order modifying the Proof of Claim of Creditor to $33,972.45 as Debtor does not believe that attorney's fees for "Foreclosure Proceedings" in the amount of $15,202.85 were noticed or properly earned in his prior case.

This the 15th day of October, 2020.

/s/ Valerie G. Long_____
Valerie G. Long
Attorney for Debtor

3006 University Avenue
Columbus, Georgia 31907
(706) 940-0597
State Bar No. 457485

## <u>CERTIFICATE OF SERVICE</u>

I, Valerie G. Long, certify that I am and, at all times hereinafter mentioned, was more than 18 years of age; that on the date below, I served a copy of the within Objection to Claim and Notice, by mailing a copy of the same in the United States mail with appropriate Postage affixed thereon to insure proper delivery addressed as follows, unless service was perfected electronically by Electronic Bankruptcy Noticing:

**Jonathan W. DeLoach**
**Chapter 13 Trustee**
**P.O. Box 1907**
**Columbus, GA 31902-1907**

**Antonio Bertram McCants**
**P.O. Box 2792**
**Butler, GA 31006**

**Georgia Community Bank a/k/a**
**The Citizens State Bank of Taylor**
**County**
**c/o David W. Orlowski**
**Drew Eckl & Farnham, LLP**
**P.O. Box 607**
**Albany, GA 31702**

and I have served a copy of the within Objection and Notice, by mailing a copy of the same via certified mail with appropriate postage affixed thereon to insure proper delivery as follows:

**Lucie T. Beeley**
**508 E. Lee Street**
**Dawson, Georgia 39842**
**Registered Agent & CEO for**
**Georgia Community Bank**

This the 15th day of October, 2020.

/s/ Valerie G. Long_____
Valerie G. Long
Attorney for Debtor

3006 University Avenue
Columbus, Georgia 31907
(706) 940-0597
State Bar No. 457485